IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIKE WENERIWICKZ, et al. | : | NO. 12-1765 |

O R D E R

AND NOW, this 18th day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se civil complaint, IT IS ORDERED that:

    1.    Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915.

    2.    Plaintiff, Larry Williams, #EN-5592, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $6.22 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Graterford or at any other prison at which plaintiff may be incarcerated is directed to deduct $6.22 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 12-1765. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Graterford or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time

that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 12-1765.

3. The Clerk of Court is directed to add Robert Kellie to the docket as a defendant.

4. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can cure the deficiencies in his complaint. If he does not do so, this case will be dismissed with prejudice. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

5. The Clerk of Court shall furnish plaintiff with a blank copy of this Court's current standard form to be used by a prisoner filing an action under 42 U.S.C. § 1983 bearing the above-captioned civil action number.

6. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Graterford.

BY THE COURT:

JUAN R. SANCHEZ, J.